UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RODNEY MILLER dba ROD MILLER SALES,<br><br>Plaintiff,<br><br>vs.<br><br>GRAND AVENUE CHOCOLATES, LLC, and RACHEL DUNN,<br><br>Defendant. | CASE NO. C05-04273 MHP<br>Complaint Filed: October 21, 2005<br><br>STIPULATION AND [PROPOSED] ORDER SETTING ASIDE ENTRY OF DEFAULT |

WHEREAS, Defendants Rachel Dunn and Grand Avenue Chocolates, LLC mistakenly believed that Grand Avenue Chocolates, LLC's successor in interest was handling Plaintiff Rodney Miller's action

WHEREAS, the Parties hope to be able to negotiate a prompt resolution of this dispute;

IT IS HEREBY STIPULATED by Counsel on behalf of their clients, that the default entered on February 2, 2006, against Defendants Rachel Dunn and Grand Avenue Chocolates, LLC, be set aside.

Dated: February 16, 2006

MORGAN MILLER BLAIR, A LAW CORPORATION

_____
JOSHUA D. COHEN
Attorneys for RACHEL DUNN

STIP & [PROPOSED] ORDER SETTING ASIDE ENTRY OF DEFAULT   C05-04273 MHP          1

1  Dated: 2/21/06                    RYNN & JANOWSKY, LLP

                                      _____
                                     MARION I. QUESENBERRY
                                     Attorneys for RODNEY MILLER

    IT IS SO ORDERED

8  Dated: February 24, 2006

                                     _____
                                     UNITED STATES DISTRICT COURT
                                     *IT IS SO ORDERED*
                                     Judge Marilyn H. Patel