1 | GEOFFREY WM. STEELE, SB NO. 219576
**LAW OFFICES OF GEOFFREY WM. STEELE**
2 | Attorneys at Law
3443 Golden Gate Way, Suite F
3 | Lafayette, California, 94549
Telephone:     (925) 284.1010
4 | Facsimile:     (925) 284-5814
Email:         gsteelelaw@gmail.com

5

Attorneys for Defendant
6 | RACHEL DUNN

7

8 | <center>UNITED STATES DISTRICT COURT</center>

9 | <center>NORTHERN DISTRICT OF CALIFORNIA</center>

10

11 | RODNEY MILLER.                              No: C 05-04273  MHP

12 |        Plaintiff,
                                            **NOTICE OF SUBSTITUTION OF**
13 | v.                                         **ATTORNEY**

14 | GRAND AVENUE CHOCOLATES, LLC, et
al,
15

16 |        Defendants.

17 |        PLEASE TAKE NOTICE that Defendant Rachel Dunn has made the following

18 | substitution of counsel to represent her in this action:

19

20 | I consent to this substitution
Date: May 29, 2007
21 |                                         Rachel Dunn

22

23 | I consent to this substitution
Date: May     , 2007
24 |                                         Joshua D. Cohen (Prior Counsel)

25

26 | I consent to this substitution
Date: May     , 2007
27 |                                         Geoffrey Wm. Steele (New Counsel)

28

**NOTICE OF SUBSTITUTION OF ATTORNEY**                    **CASE NO. C 05-04273  MHP**

1 | GEOFFREY Wм. STEELE, SB NO. 219576
**LAW OFFICES OF GEOFFREY Wм. STEELE**
2 | Attorneys at Law
3443 Golden Gate Way, Suite F
3 | Lafayette, California, 94549
Telephone:    (925) 284.1010
4 | Facsimile:    (925) 284-5814
Email:        gsteelelaw@gmail.com
5
Attorneys for Defendant
6 | RACHEL DUNN

7

8 | **UNITED STATES DISTRICT COURT**

9 | **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | RODNEY MILLER,                              No: C 05-04273 MHP

12 |         Plaintiff,
                                            **NOTICE OF SUBSTITUTION OF**
13 | v.                                          **ATTORNEY**

14 | GRAND AVENUE CHOCOLATES, LLC, et
al,
15
        Defendants.
16

17 |         PLEASE TAKE NOTICE that Defendant Rachel Dunn has made the following

18 | substitution of counsel to represent her in this action:

19

20 | I consent to this substitution
Date: May     , 2007
21 |                                     Rachel Dunn

22

23 | I consent to this substitution
Date: May 29 , 2007
24 |                                     Joshua D. Cohen (Prior Counsel)

25

26 | I consent to this substitution
Date: May     , 2007
27 |                                     Geoffrey Wm. Steele (New Counsel)

28

1

1  GEOFFREY WM. STEELE, SB NO. 219576
   **LAW OFFICES OF GEOFFREY WM. STEELE**
2  Attorneys at Law
   3443 Golden Gate Way, Suite F
3  Lafayette, California, 94549
   Telephone:     (925) 284.1010
4  Facsimile:      (925) 284-5814
   Email:           gsteelelaw@gmail.com
5
   Attorneys for Defendant
6  RACHEL DUNN

7

8                    **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10

11  RODNEY MILLER,                          No: C 05-04273  MHP

12        Plaintiff,
                                            **NOTICE OF SUBSTITUTION OF**
13  v.                                      **ATTORNEY**

14  GRAND AVENUE CHOCOLATES, LLC, et
    al,
15
          Defendants.
16

17      PLEASE TAKE NOTICE that Defendant Rachel Dunn has made the following

18  substitution of counsel to represent her in this action:

19

20  I consent to this substitution
    Date: May      , 2007                   _____
21                                           Rachel Dunn

22
    I consent to this substitution
23  Date: May      , 2007                   _____
24                                           Joshua D. Cohen (Prior Counsel)

25

26  I consent to this substitution
    Date: June 11, 2007
27                                           Geoffrey Wm. Steele (New Counsel)

28

                                                                          1

**NOTICE OF SUBSTITUTION OF ATTORNEY**              **CASE NO.** C 05-04273  MHP